**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

|  |  |  |
|---|---|---|
| | : | |
| PAUL F. MITCHELL, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 18-3529 |
| | : | |
| SUPERINTENDENT KEVIN KAUFFMAN, et al., | : | |
| Respondents. | : | |

_____ :

## ORDER

**AND NOW**, this 23rd day of October , 2019, upon independent

consideration of the Petition for Writ of Habeas Corpus, the Response to the Petition, and after

review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S.

Perkin dated September 18, 2019, **IT IS HEREBY ORDERED** that:

1. the R&R is **APPROVED** and **ADOPTED**;

2. the Petition for Writ of Habeas Corpus is **DENIED** without prejudice and

**DISMISSED** without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

                    BY THE COURT:

                    /s/ Gerald Austin McHugh
                    _____
                    GERALD A. MCHUGH, J.